**DISMISS and Opinion Filed April 4, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00318-CV**

**THE CADLE COMPANY, Appellant**
**V.**
**TOM HUDGINS, JR. D/B/A THE WORK OUT, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 88-00294**

## MEMORANDUM OPINION

Before Justices Francis, Lang, and Evans
Opinion by Justice Lang

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that the parties have entered into a settlement agreement. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

130318F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE CADLE COMPANY, Appellant

No. 05-13-00318-CV    V.

TOM HUDGINS, JR. D/B/A THE WORK
OUT, Appellee

On Appeal from the 15th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. 88-00294.
Opinion delivered by Justice Lang.  Justices
Francis and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, TOM HUDGINS, JR. D/B/A THE WORK OUT, recover its costs of this appeal from appellant, THE CADLE COMPANY.

Judgment entered this 4th day of April, 2013.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE